REUBEN H. UNDERHILL, as Receiver of NEW YORK AND BOSTON INSURANCE COMPANY, Respondent, *v.* PATRICK KEIRNS, Appellant.

*Underhill* v. *Keirns,* 54 App. Div. 214, affirmed.
(Argued February 25, 1902; decided March 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1900, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Charles C. Sanders* and *John Vincent* for appellant.

*Reuben H. Underhill* and *Henry B. Hathaway* for respondent.

Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.